PROB 12B (02/17) Case 2:21-cr-01022 Document 64 Filed on 06/26/23 in TXSD Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS**

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)**

Name of Offender:   Sierra Cheyenne Weaver                   Case Number: 2:21CR01022-2

Name of Sentencing Judicial Officer: U.S. District Judge Drew B Tipton

Date of Original Sentence: April 20, 2022

Original Offense:   Conspiracy to Transport an Undocumented Alien

Original Sentence:   Time Served imprisonment and 2 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: April 20, 2022
                                                                           Expiration Date: April 19, 2024

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

**Special Condition: You must not communicate, or otherwise interact, with Alexis Maria Arias, either directly or through someone else, without first obtaining the permission of the probation officer.**

**CAUSE**

On June 8, 2023, Ms. Weaver was arrested by the Pasco Sheriff's Office in Zephyrhills, Florida for the offense of Battery, a 1st degree misdemeanor. Ms. Weaver is alleged to have struck her ex-boyfriend's girlfriend, Alexis Arias, in the head with her fist after a verbal altercation. At the time, she was in Florida on approved travel to visit family and attend her daughter's birthday party. The case is currently pending and Ms. Weaver was released on a $250 bond. Ms. Weaver has been warned to not have any contact with Ms. Arias and warned of the possible consequences, should she violate this order. Additionally, Ms. Weaver is currently now living with her grandmother, Shirley Keown, at 7182 Daffodil Drive, Brooksville, Florida 34601, after her aunt sold the previous home in Dayton, Texas. There have been no other issues with compliance since her supervision was accepted in the Eastern District of Texas. A request for courtesy supervision and a pretransfer investigation have been submitted to the Middle District of Florida, Tampa Division. Ms. Weaver agreed to the proposed modification and executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, which is attached for the Court's review.

| | |
|---|---|
| Respectfully Submitted: | Reviewed and Approved: |
| Jerry McFarland<br>U.S. Probation Officer<br>409-813-8261 | Hunter Eppes, Supervising<br>U.S. Probation Officer |

June 14, 2023

Weaver, Sierra
Docket Number:  2:21CR01022-002
Page  4

[ ]     No Action

[ ]     Extended Supervision as Noted

[✗]    Modify Conditions as Noted

[ ]     Other:


_____
Drew B. Tipton
U. S. District Judge


June 26, 2023
_____
                        Date

UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF TEXAS

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extended Term of Supervision

United States of America

v.                                                    Criminal No:   2:21CR01022-2

Sierra Cheyenne Weaver

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**You must not communicate, or otherwise interact, with Alexis Maria Arias, either directly or through someone else, without first obtaining the permission of the probation officer.**

Witness: _____       Signed: _____
Jerry McFarland                                           Sierra Cheyenne Weaver
U.S. Probation Officer                                   Probationer or Supervised Releasee

_____
June 13, 2023
Date